# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYMON ELIUD GUTIERREZ-ARAUZ,<br><br>                    Petitioner,<br><br>v.<br><br>WARDEN, OTAY MESA DETENTION CENTER,<br><br>                    Respondent. | Case No.:  3:26-cv-02082-RBM-VET<br><br>**ORDER DISMISSING WITHOUT PREJUDICE AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[Doc. 4]** |

On April 2, 2026, Petitioner Daymon Eliud Gutierrez-Arauz ("Petitioner"), proceeding *pro se*, filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241.  (Doc. 1.)  The Court dismissed the Petition without prejudice, finding that: (1) "Petitioner does not present a claim that would entitle him to relief, such as a violation of a statute, the Fifth Amendment's Due Process Clause, the Immigration and Nationality Act, or the Administrative Procedure Act;" and (2) "Petitioner provides no facts regarding when and where he entered the United States, how long he has resided in the country, the status of his immigration proceedings, whether he has received a bond hearing, whether he was previously detained by Respondent and released on parole, or whether he is subject to mandatory detention."  (Doc. 2 at 2–3.)

On April 28, 2026, Petitioner filed an Amended Petition for Writ of Habeas Corpus ("Amended Petition"). (Doc. 4.)  The Amended Petition is identical to the original Petition and does not address any of the issues the Court previously identified.  Therefore, for the reasons discussed in its previous Order, the Court finds that summary dismissal is required once again.[1]

The Amended Petition (Doc. 4) is **DISMISSED without prejudice**.  Petitioner may file a second amended petition addressing the issues identified above **on or before May 29, 2026**.  The amended petition must be complete in itself and may not reference or incorporate any other prior filings.  Failure to file an amended petition **on or before May 29, 2026** may result in dismissal of this action.

**IT IS SO ORDERED**.

DATE:  May 1, 2026

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

---

[1]  The Court notes again that Petitioner may be interested in contacting Federal Defenders of San Diego, Inc. to see if a Federal Defender can represent Petitioner in this matter.

3:26-cv-02082-RBM-VET